# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 16, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159979(54)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JAWAD A. SHAH, M.D., PC, doing business as
INSIGHT PAIN MANAGEMENT CENTER,
        Plaintiff-Appellee,

v

FREMONT INSURANCE COMPANY,
        Defendant-Appellant.

SC: 159979
COA: 340441
Genesee CC: 15-105466-NF

_____/

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer is GRANTED. The answer will be accepted as timely filed if submitted on or before September 9, 2019.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 16, 2019               

                                          Clerk